**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 21, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

ELISABETH EPPS,

Plaintiff - Appellee,

v.

JONATHAN CHRISTIAN,

Defendant - Appellant,

and

CITY AND COUNTY OF DENVER;
KEITH VALENTINE,

Defendants.

No. 24-1371
(D.C. No. 1:20-CV-01878-RBJ)
(D. Colo.)

---

**JUDGMENT**

---

Before **CARSON**, **EBEL**, and **FEDERICO**, Circuit Judges.

---

This case originated in the District of Colorado and was argued by counsel.

The judgment of that court is affirmed.

Entered for the Court

Per Curiam